**ADAMS KLEEMEIER HAGAN HANNAH & FOUTS, PLLC v. JACOBS**

[357 N.C. 651 (2003)]

ADAMS KLEEMEIER HAGAN HANNAH & FOUTS, PLLC v. ROBERT JACOBS AND
ELLIOT JACOBS AND DAVID QUELLER AND IRA BORN

No. 378A03

(Filed 5 December 2003)

### Jurisdiction— personal—minimum contacts

The decision of the Court of Appeals that the nonresident defendants had insufficient contacts with this state to give the courts of this state personal jurisdiction over them in an action by plaintiff law firm to recover for legal services purportedly performed for them is reversed for the reason stated in the dissenting opinion that defendants had sufficient contacts by their business activities, including retaining two other law firms in this state to represent them on the underlying matters giving rise to this action.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 158 N.C. App. ——, 581 S.E.2d 798 (2003), affirming an order entered 20 March 2002 by Judge L. Todd Burke in Superior Court, Guilford County. Heard in the Supreme Court 19 November 2003.

*Adams Kleemeier Hagan Hannah & Fouts, PLLC, by J. Alexander S. Barrett and J. Scott Hale, for plaintiff-appellant.*

*Davis & Harwell, PA, by Fred R. Harwell, Jr. and Loretta C. Biggs, for defendant-appellees Queller and Born.*

PER CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals.

REVERSED.

Justices ORR and EDMUNDS did not participate in the consideration or decision of this case.